IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIE L. BRISTOL,                         )        CASE NO. 4:07CV3055
                                          )
                    Plaintiff,            )
                                          )
          V.                              )               ORDER
                                          )
MICHAEL J. ASTRUE, Commissioner           )
of the Social Security Administration,    )
                                          )
                    Defendant.            )

This matter is before the Court on the Plaintiff's unopposed motion for an extension

of time in which to file her brief.  The briefing deadlines set forth in the Court's Order dated

May 16, 2007 (Filing No. 9), are extended as set forth below.

IT IS ORDERED:

1.    The Plaintiff's motion for an extension of time (Filing No. 10) is granted;

2.    The Plaintiff shall file and serve her brief on or before July 18, 2007;

3.    The Defendant shall file and serve his brief on or before August 20, 2007;

      and

4.    The case will be ripe for decision on August 21, 2007.


DATED this 27th day of June, 2007.

                                          BY THE COURT:

                                          s/Laurie Smith Camp
                                          United States District Judge